UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION


ABSOLEM STEVEN-JAMAR THOMAS,

      Plaintiff,

v.                                                                      Case No. 2:06-cv-227
                                                                        HON. R. ALLAN EDGAR
JENNIFER KARR, et al.,

      Defendants.
_____/


## OPINION AND ORDER APPROVING MAGISTRATE JUDGE'S

## REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action on August 2, 2007. The Report and Recommendation was duly served on the parties. The Court has received objections from plaintiff. In accordance with 28 U.S.C. § 636(b)(1), the Court has performed *de novo* consideration of those portions of the Report and Recommendation to which objection has been made. The Court now finds the objections to be without merit.

Plaintiff alleges that he was discriminated against and retaliated against for his complaints when defendants filed false misconduct tickets. Plaintiff's racial discrimination claims are unsupported by fact and fail to rise to the level of a constitutional claim. Similarly, plaintiff has failed to establish the necessary elements of a retaliation claim. Summary judgment is appropriate.

- 2 -

THEREFORE, IT IS ORDERED that the Report and Recommendation of the

Magistrate Judge (Docket #38) is approved and adopted as the opinion of the Court.

Dated: 9/17/07                                         */s/ R. Allan Edgar*
                                                        R. ALLAN EDGAR
                                                        UNITED STATES DISTRICT JUDGE